IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GINNY FOSTER, | : | Case No. 1:21-cv-01327-SHR |
| Plaintiff | : | |
| | : | |
| v. | : | Judge Sylvia H. Rambo |
| | : | |
| GIANT FOOD STORES, INC. and | : | |
| GIANT FOOD STORES, INC., | : | |
| Defendant | : | Jury Trial Demanded |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, through their respective Counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims in the above-captioned action in their entirety with prejudice, with each Party to bear their own costs and attorneys' fees. The Parties stipulate that all rights of appeal are hereby waived. The Parties further stipulate that no Party is the prevailing party in this action.

Respectfully submitted,

Dated: 7/11/2022         LAW OFFICES OF ERIC A. SHORE, P.C.

By:   s/ Graham F. Baird
     Graham F. Baird, Esquire
     Two Penn Center
     1500 JFK Boulevard, Suite 1240
     Philadelphia, PA 19102
     (267) 546-0131

Attorney for Plaintiff Ginny Foster

Dated: July 11, 2022              McNEES WALLACE & NURICK LLC

By: /s/ Adam R. Long
   Adam R. Long
   PA I.D. No. 89185
   M. Abbegael Giunta
   PA I.D. No. 94059
   100 Pine Street; P.O. Box 1166
   Harrisburg, PA 17108-1166
   (717) 232-8000

Attorneys for Defendants The GIANT Company LLC d/b/a Giant Food Stores